# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jennifer Greenwood, | Civil No. 07-3573 (RHK/JSM) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| vs. | |
| Camden Physicians Ltd., | |
| Defendant. | |

Pursuant to the Stipulation (Doc. No. 12), **IT IS ORDERED** that the above-entitled action, including all cross-claims, counterclaims and third-party claims, is hereby **DISMISSED WITH PREJUDICE** on the merits and without cost to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 3, 2008

s/Richard H. Kyle<br>
RICHARD H. KYLE<br>
United States District Judge